IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MORNINGSIDE CHURCH PRODUCTIONS, INC., *et al.*, | ) ) ) |
| Plaintiffs / Counterclaim Defendants, | ) ) |
| v. | ) )  Case No. 6:20-cv-03090-MDH |
| AMERICAN BIOTECH LABS, LLC, *et al.*, | ) ) ) |
| Defendants / Counterclaim Plaintiffs. | ) |

## JOINT STIPULATION OF DISMISSAL

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Morningside Church Productions, Inc., Jim Bakker, American Biotech Labs, LLC, and ABL Manufacturing, LLC, hereby jointly stipulate to the dismissal with prejudice of all claims pending in this matter. For the avoidance of doubt, Morningside Church Productions, Inc. and Jim Bakker dismiss with prejudice their claims against American Biotech Labs, LLC, and ABL Manufacturing, LLC. American Biotech Labs, LLC, and ABL Manufacturing, LLC, dismiss with prejudice their claims against Morningside Church Productions, Inc. and Jim Bakker. It is further stipulated that each party shall bear its own costs and attorneys' fees.

Dated: May 22, 2024

Respectfully submitted,

GM LAW PC

*/s/ Catherine D. Singer*
Phillip G. Greenfield   Mo # 37457
Catherine D. Singer    Mo # 66231
Carrie D. Savage       Mo # 69278
1201 Walnut Street, Ste. 2000
Kansas City, MO 64106
Telephone: 816-471-7700
Facsimile: 816-471-2221
philg@gmlawp.com

catherines@gmlawpc.com
carries@gmlawpc.com

WATKINS & LETOFSKY, LLP
Michael A. Hamilton (*Pro Hac Vice*)
8935 S. Pecos Blvd., Suite 22A
Henderson, NV 89074

BERKOWITZ OLIVER, LLP
Stephen M. Bledsoe
2600 Grand Blvd., Suite 1200
Kansas City, MO 64106

*Attorneys for Morningside Church Productions, Inc. and Jim Bakker*


/s/ *Gregory M. Hess*
Gregory M. Hess (admitted *pro hac vice*)
D. Craig Parry (admitted *pro hac vice*)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, UT 84111
ghess@parrbrown.com
cparry@parrborwn.com

and

Greggory D. Groves
Missouri Bar No. 35526
LOWTHER JOHNSON
901 St. Louis Street, 20th Floor
Springfield, MO 65806
ggroves@lotherjohnson.com

*Attorneys for American Biotech Labs, LLC, and ABL Manufacturing, LLC*


### CERTIFICATE OF SERVICE

    I hereby certify that on May 22, 2024, a true and correct copy of the above and foregoing was sent through the e-filing system to all parties and counsel of record.

/s/ *Catherine D. Singer*
Attorney for Counterclaim-Defendants