IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MORNINGSIDE CHURCH PRODUCTIONS, INC., and JIM BAKKER, | ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | |
| vs. | ) ) | Case No. 6:20-cv-03090-MDH |
| AMERICAN BIOTECH LABS, LLC., and ABL MANUFACTURING, LLC, | ) ) ) | |
| Defendants/Counterclaim Plaintiffs. | ) ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is a Joint Stipulation of Dismissal (Doc. 252) wherein in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Morningside Church Productions, Inc. and Jim Bakker dismiss with prejudice their claims against American Biotech Labs, LLC, and ABL Manufacturing, LLC, and American Biotech Labs, LLC and ABL Manufacturing, LLC dismiss with prejudice their claims against Morningside Church Productions, Inc. and Jim Bakker. The parties further stipulate that each party shall bear its own costs and attorneys' fees.

WHEREFORE, after review, the Court hereby ORDERS that this case is dismissed in its entirety as to all parties, with prejudice, and each party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: May 28, 2024

                                                                           */s/ Douglas Harpool*
                                                                          **DOUGLAS HARPOOL**
                                                                          **UNITED STATES DISTRICT JUDGE**